**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case Nos. 3:20-cr-70-TKW-MAL**
**3:23-cv-10188-TKW-MAL**

**BARRY D. HARRELSON,**

**Defendant.**
___________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 125). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determinations that Defendant's §2255 motion should be denied without an evidentiary hearing and that Defendant is not entitled to a certificate of appealability. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's §2255 motion (Doc. 115) is DENIED.

3. A certificate of appealability is DENIED.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 31st day of August, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**